1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAN JOE NIETO,

                Petitioner,

       v.

ELDON VAIL,

                Respondent .

Case No.  C09-5250 RBL/KLS

ORDER DENYING
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed

*in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1)     the Magistrate Judge's Report and Recommendation is approved and adopted;

(2)     Petitioner's application to proceed *in forma pauperis* is **DENIED**; and

(3)     the Clerk is directed to send directed to send copies of this Order to Petitioner.


DATED this 9th day of June, 2009.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1