UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ADAN JOE NIETO, | No. C09-5250 RBL/KLS |
|---|---|
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMEDATION |
| v. | |
| JEFFREY UTTECHT, | |
| Respondent. | |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;
(2) Petitioner's writ of habeas corpus (Dkts. 4 and 10) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and
(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 23rd day of October, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1