# United States District Court

WESTERN DISTRICT OF WASHINGTON

ADAN JOE NIETO

v.

JEFFREY UTTECHT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5250RBL/KLS

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus (Dkts. 4 and 10) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

October 27, 2009
Date

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk